# United States District Court
## Southern District of Ohio at Dayton

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**THEODORE L. JOHNSON, JR.** | ***AMENDED***<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: <u>3:07-cr-116</u> |
| | <u>**Cheryll A. Bennett, Esq.**</u><br>**Defendant's Attorney** |

**THE DEFENDANT:**

[✔] pleaded guilty to <u>Count 1</u> of the Superseding Information.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count # |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and O.R.C. § 2913.04(A) | 18 USC 7 & 13 and ORC 2913.04(A) KNOWINGLY USE OR OPERATE THE PROPERTY OF ANOTHER, WITHOUT THE CONSENT OF THE OWNER OR PERSON AUTHORIZED TO GIVE CONSENT | 1/9/2007 | One (1) |

   The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s)_____ are dismissed on the motion of the United States.

[ ] The defendant's operator's license be suspended for a period of three (3) years.


IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **XXX-XX-4429** | ***April 4, 2012<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: **XX-XX-1960** | |
| Defendant's USM No.: | |
| Defendant's Residence and Mailing Address:<br>**2778 Sherwood Road**<br>**Columbus, Ohio 43209** | s/ **Michael R. Merz**<br>United States Magistrate Judge<br><br>August 18, 2012 |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

CASE NUMBER:   3:07-cr-116  
DEFENDANT:   THEODORE L. JOHNSON, JR.

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to custody for a total term of thirty (30) days to run concurrently with the sentence presently being served in the Chillicothe Correctional Institution.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before __ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
  Deputy U.S. Marshal